cc: USPPO

USM-SA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>         Plaintiff,           )<br>                              )<br>    vs.                       )<br>                              )<br>                              )<br>                              )<br>Francisco Lucas, Jr.,         )<br>                              )<br>         Defendant.           )<br>_____)| CASE NO: 8:21-cr-00017-JVS<br><br>JUDGMENT AND<br>COMMITMENT ORDER<br>FOLLOWING REVOCATION OF<br>SUPERVISED RELEASE |

WHEREAS, on February 27, 2025, came the attorney for the Government, Ann Gannon, and the defendant appeared in person with appointed counsel, Samuel Cross. US Probation Officer Christina Le also present. On February 27, 2025, the defendant admitted allegations # 1-3 as stated in the Petition on Supervised Release filed January 31, 2025.

WHEREAS, the Court FINDS that the defendant has violated the conditions of the supervised release imposed on March 21, 2022, (See Original Judgment and Commitment Order),

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, that defendant Francisco Lucas, Jr., shall continue on Supervised Release, under the same terms and conditions as previously imposed, with the following additional condition:

1. During the course of supervision, the Probation Officer, may place Francisco Lucas in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the offender has reverted to the use of drugs, and the offender shall reside in the treatment program until discharged by the Program Director and Probation Officer.

The Court advises the defendant of his right to appeal.

IT IS ORDERED that the Clerk deliver a copy of this Judgment and Commitment Order to the U.S. Marshal and the U.S. Probation Office and this copy shall serve as the commitment of the defendant.

DATE: February 27, 2025

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

FILED: February 27, 2025

by: Elsa Vargas
    Deputy Clerk